**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

MICHAEL WAYNE THOMAS, JR
ADC #611338                                                                                          PLAINTIFF

V.                                        NO: 5:06CV00095 SWW/HDY

RAY HOBBS *et al.*                                                                              DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 13TH day of July, 2006.


                                                                /s/Susan Webber Wright

                                                                UNITED STATES DISTRICT JUDGE